```
SEYFARTH SHAW LLP
Patricia H. Cullison (State Bar No. 101636)
pcullison@seyfarth.com
Allison B. Moser (State Bar No. 223065)
amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
MCKESSON CORPORATION, erroneously
sued herein as MCKESSON HBOC, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>           Plaintiff(s),<br><br>v.<br><br>McKESSON HBOC, INC., et al.,<br><br>           Defendant(s)._____/ | No. C 07 3981 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/3/07

Signature: _____
Counsel for McKesson Corporation — Defendant
(Plaintiff, Defendant, or indicate "pro se")