1  SEYFARTH SHAW LLP
   Patricia H. Cullison (State Bar No. 101636)
2  pcullison@seyfarth.com
   Allison B. Moser (State Bar No. 223065)
3  amoser@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   MCKESSON CORPORATION, erroneously sued
7  herein as MCKESSON HBOC, INC.

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11  CHRISTINE H. CHANG,                ) Case No.  C 07 3981 EMC
                                       )
12           Plaintiff,                ) PROOF OF SERVICE OF NOTICE OF
                                       ) ASSIGNMENT OF CASE TO A UNITED
13      v.                             ) STATES MAGISTRATE JUDGE FOR
                                       ) TRIAL; WELCOME TO THE U.S.
14  MCKESSON HBOC, INC; MCKESSON       ) DISTRICT COURT, SAN FRANCISCO;
    HBOC CEO JOHN HAMMERGREN;          ) ECF REGISTRATION INFORMATION
15  MCKESSON HBOC EXECUTIVE VICE       ) HANDOUT; ORDER SETTING INITIAL
    PRESIDENT PAUL KIRINCIC; MCKESSON  ) CASE MANAGEMENT CONFERENCE
16  HBOC SENIOR VICE PRESIDENT JERRY   ) AND ADR DEADLINES; and
    WARREN; MCKESSON HBOC VICE         ) DECLINATION TO PROCEED BEFORE
17  PRESIDENT CHRISTOPHER MAHER;       ) A MAGISTRATE JUDGE AND
    MCKESSON HBOC VICE PRESIDENT TOM   ) REQUEST FOR REASSIGNMENT TO A
18  VON; MCKESSON HBOC VICE PRESIDENT  ) UNITED STATES DISTRICT JUDGE
    TOM CAPIZZI; MCKESSON HBOC         )
19  DIVISION MANAGER DONNA DRAHER;     )
    MCKESSON HBOC DIVISION MANAGER     )
20  TOM PUTHUFF; MCKESSON HBOC         )
    DIVISION MANAGER KEVIN MYRICK;     )
21  MCKESSON HBOC HUMAN RESOURCE       )
    RICH SOUBLET; and DOES 1 through 100, )
22  inclusive,                         )
                                       )
23           Defendants.               )
                                       )
24  _____)

25

    STATE OF CALIFORNIA      )
26                           ) ss
    COUNTY OF SAN            )
27  FRANCISCO

28       I am a resident of the State of California, over the age of eighteen years, and not a party
    to the within action.  My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100,
    San Francisco, California 94105.  On August 3, 2007, I served the within documents:

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
MAGISTRATE JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT
COURT, SAN FRANCISCO; ECF REGISTRATION INFORMATION
HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES; and DECLINATION TO PROCEED
BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE

☐ I sent such document from facsimile machine (415) 397-8549 on August 3, 2007. I
certify that said transmission was completed and that all pages were received and that
a report was generated by facsimile machine (415) 397-8549 which confirms said
transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this
action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the
parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, in the United States mail at San Francisco, California addressed as set
forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the
address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this
declaration, in a sealed Federal Express envelope with postage paid on account and
deposited with Federal Express at San Francisco, California, addressed as set forth
below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses
set forth below.

CHRISTINE H. CHANG, Pro Per
341 Tideway Dr., #214
Alameda, CA 94501

I am readily familiar with the firm's practice of collection and processing correspondence
for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose
direction the service was made.

Executed on August 3, 2007, at San Francisco, California.

_Patricia K. Massender_
Patricia K. Massender