SEYFARTH SHAW LLP
Patricia H. Cullison (State Bar No. 101636)
pcullison@seyfarth.com
Allison B. Moser (State Bar No. 223065)
amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
MCKESSON CORPORATION, formerly
known as MCKESSON HBOC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>    Plaintiff,<br><br>  v.<br><br>MCKESSON HBOC, INC; MCKESSON HBOC CEO JOHN HAMMERGREN; MCKESSON HBOC EXECUTIVE VICE PRESIDENT PAUL KIRINCIC; MCKESSON HBOC SENIOR VICE PRESIDENT JERRY WARREN; MCKESSON HBOC VICE PRESIDENT CHRISTOPHER MAHER; MCKESSON HBOC VICE PRESIDENT TOM VON; MCKESSON HBOC VICE PRESIDENT TOM CAPIZZI; MCKESSON HBOC DIVISION MANAGER DONNA DRAHER; MCKESSON HBOC DIVISION MANAGER TOM PUTHUFF; MCKESSON HBOC DIVISION MANAGER KEVIN MYRICK; MCKESSON HBOC HUMAN RESOURCE RICH SOUBLET; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C 07-3981 MJJ<br><br>**DEFENDANT MCKESSON CORPORATION'S NOTICE OF MOTION TO DISMISS**<br><br>Date: September 18, 2007<br>Time: 9:30 a.m.<br>District Court Judge: Honorable Martin J. Jenkins<br>Courtroom: 11, 19th Floor |

**TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that on September 18, 2007, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 11, 19th Floor of the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant McKesson

1  Corporation Inc., formerly known as McKesson HBOC, Inc., will, and hereby does, move the
2  Court for an order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, granting
3  Defendant's Motion to Dismiss Plaintiff's Complaint in its entirety.
4     This motion is based upon this Notice of Motion, the accompanying Memorandum of
5  Points and Authorities in support thereof, the Request for Judicial Notice and Exhibit in support
6  thereof, the pleadings and other papers on file with the Court, and upon such other authorities as
7  may be presented to the Court prior to or at the time of the hearing.

DATED: August 9, 2007                           SEYFARTH SHAW LLP


                                                By /s/ Allison B. Moser
                                                   Patricia H. Cullison
                                                   Allison B. Moser
                                                Attorneys for Defendant
                                                MCKESSON CORPORATION, formerly
                                                known as MCKESSON HBOC, INC.

SF1 28297832.1 / 56248-000002