1  SEYFARTH SHAW LLP
   Patricia H. Cullison (State Bar No. 101636)
2  pcullison@seyfarth.com
   Allison B. Moser (State Bar No. 223065)
3  amoser@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   MCKESSON CORPORATION, formerly
7  known as MCKESSON HBOC, INC.

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11  CHRISTINE H. CHANG,                    )  Case No.  C 07-3981 MJJ
                                           )
12          Plaintiff,                     )  **DEFENDANT MCKESSON
                                           )  CORPORATION'S REQUEST FOR
13      v.                                 )  JUDICIAL NOTICE IN SUPPORT OF
                                           )  MOTION TO DISMISS**
14  MCKESSON HBOC, INC; MCKESSON           )
    HBOC CEO JOHN HAMMERGREN;              )  **[FED. RULE CIV. P. 12(B)(6)]**
15  MCKESSON HBOC EXECUTIVE VICE           )
    PRESIDENT PAUL KIRINCIC; MCKESSON      )  Date: September 18, 2007
16  HBOC SENIOR VICE PRESIDENT JERRY       )  Time: 9:30 a.m.
    WARREN; MCKESSON HBOC VICE             )  District Court Judge: Honorable Martin J.
17  PRESIDENT CHRISTOPHER MAHER;           )  Jenkins
    MCKESSON HBOC VICE PRESIDENT TOM       )  Courtroom: 11, 19th Floor
18  VON; MCKESSON HBOC VICE PRESIDENT      )
    TOM CAPIZZI; MCKESSON HBOC             )
19  DIVISION MANAGER DONNA DRAHER;         )
    MCKESSON HBOC DIVISION MANAGER         )
20  TOM PUTHUFF; MCKESSON HBOC             )
    DIVISION MANAGER KEVIN MYRICK;         )
21  MCKESSON HBOC HUMAN RESOURCE           )
    RICH SOUBLET; and DOES 1 through 100,  )
22  inclusive,                             )
                                           )
23          Defendants.                    )
   _____)

24

25        Pursuant to Federal Rules of Evidence 201, Defendant McKesson Corporation, Inc.,

26  formerly known as McKesson HBOC, Inc., hereby requests that this Court take judicial notice of

27  the following:

28

                                    1

1.     Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Complaint filed June 29, 2007, by Plaintiff Christine Chang against McKesson HBOC, Inc. *et al*, in the Superior Court of California, County of San Francisco, Case No. CC07-464740.

In deciding a motion under Rule 12(b) of the Federal Rules of Civil Procedure, the Court can take judicial notice of, and consider, facts that are not subject to reasonable dispute, i.e. facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably by questioned.  Federal Rules of Evidence 201; *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986).

The foregoing pleadings, summary of pleadings and laws of the State of California are not subject to reasonable dispute, as they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).  Thus, Defendant respectfully requests that the Court take judicial notice of the above listed document and its content.

DATED: August 9, 2007

SEYFARTH SHAW LLP


By _____
    Patricia H. Cullison
    Allison B. Moser
Attorneys for Defendant
MCKESSON CORPORATION, formerly
known as MCKESSON HBOC, INC.

SF1 28297831.1 / 56248-000002

Defendant's Request for Judicial Notice– Case No. C 07-3981 MJJ