SEYFARTH SHAW LLP
Patricia H. Cullison (State Bar No. 101636)
pcullison@seyfarth.com
Allison B. Moser (State Bar No. 223065)
amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
MCKESSON CORPORATION, formerly
known as MCKESSON HBOC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MCKESSON HBOC, INC; MCKESSON HBOC CEO JOHN HAMMERGREN; MCKESSON HBOC EXECUTIVE VICE PRESIDENT PAUL KIRINCIC; MCKESSON HBOC SENIOR VICE PRESIDENT JERRY WARREN; MCKESSON HBOC VICE PRESIDENT CHRISTOPHER MAHER; MCKESSON HBOC VICE PRESIDENT TOM VON; MCKESSON HBOC VICE PRESIDENT TOM CAPIZZI; MCKESSON HBOC DIVISION MANAGER DONNA DRAHER; MCKESSON HBOC DIVISION MANAGER TOM PUTHUFF; MCKESSON HBOC DIVISION MANAGER KEVIN MYRICK; MCKESSON HBOC HUMAN RESOURCE RICH SOUBLET; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. C 07-3981 MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MCKESSON CORPORATION'S MOTION TO DISMISS**<br><br>Date: September 18, 2007<br>Time: 9:30 a.m.<br>District Court Judge: Honorable Martin J. Jenkins<br>Courtroom: 11, 19th Floor |

　　　Defendant McKesson Corporation Inc.'s, formerly known as McKesson HBOC, Inc ("McKesson"), Motion to Dismiss came on regularly for hearing on September 18, 2007 at 9:30 a.m. in Courtroom 11, 19th Floor, of the above-entitled Court, the Honorable Martin J. Jenkins, District Court Judge presiding. All parties were given notice and an opportunity to be heard.

1

1  Having considered all materials filed in support of and in opposition to this motion, and
2 oral argument having been had, and good cause appearing therefore, the Court GRANTS
3 Defendant's Motion to Dismiss Plaintiff's Complaint in its entirety.
4  Accordingly, Defendant's Motion to Dismiss Plaintiff's Complaint is GRANTED in its
5 entirety with prejudice.

7  IT IS SO ORDERED.

9 Dated:_____
_____
Honorable Martin J. Jenkins
United States District Court Judge

15 SF1 28297833.1 / 56248-000002