1 | SEYFARTH SHAW LLP
Patricia H. Cullison (State Bar No. 101636)
2 | pcullison@seyfarth.com
Allison B. Moser (State Bar No. 223065)
3 | amoser@seyfarth.com
560 Mission Street, Suite 3100
4 | San Francisco, California 94105
Telephone: (415) 397-2823
5 | Facsimile: (415) 397-8549

6 | Attorneys for Defendant
MCKESSON CORPORATION, erroneously sued
7 | herein as MCKESSON HBOC, INC.

8

9 |                   UNITED STATES DISTRICT COURT

10 |                  NORTHERN DISTRICT OF CALIFORNIA

11 | CHRISTINE H. CHANG,                    )    Case No.  C 07 3981 MJJ
                                           )
12 |             Plaintiff,                 )    PROOF OF SERVICE OF NOTICE OF
                                           )    IMPENDING REASSIGNMENT TO A
13 |       v.                               )    UNITED STATES DISTRICT COURT
                                           )    JUDGE; REASSIGNMENT ORDER;
14 | MCKESSON HBOC, INC; MCKESSON          )    DEFENDANT MCKESSON
HBOC CEO JOHN HAMMERGREN;                 )    CORPORATION'S NOTICE OF MOTION
15 | MCKESSON HBOC EXECUTIVE VICE          )    TO DISMISS; DEFENDANT MCKESSON
PRESIDENT PAUL KIRINCIC; MCKESSON        )    CORPORATION'S MOTION TO
16 | HBOC SENIOR VICE PRESIDENT JERRY       )    DISMISS; DEFENDANT MCKESSON
WARREN; MCKESSON HBOC VICE                )    CORPORATION'S REQUEST FOR
17 | PRESIDENT CHRISTOPHER MAHER;           )    JUDICIAL NOTICE IN SUPPORT OF
MCKESSON HBOC VICE PRESIDENT TOM         )    MOTION TO DISMISS; and [PROPOSED]
18 | VON; MCKESSON HBOC VICE PRESIDENT     )    ORDER GRANTING DEFENDANT
TOM CAPIZZI; MCKESSON HBOC                )    MCKESSON CORPORATION'S
19 | DIVISION MANAGER DONNA DRAHER;         )    MOTION TO DISMISS
MCKESSON HBOC DIVISION MANAGER           )
20 | TOM PUTHUFF; MCKESSON HBOC            )
DIVISION MANAGER KEVIN MYRICK;            )
21 | MCKESSON HBOC HUMAN RESOURCE          )
RICH SOUBLET; and DOES 1 through 100,    )
22 | inclusive,                            )
                                           )
23 |             Defendants.               )
                                           )
24 | _____

25

26 | STATE OF CALIFORNIA          )
                                  )  ss
27 | COUNTY OF SAN                )
FRANCISCO

28 |       I am a resident of the State of California, over the age of eighteen years, and not a party
to the within action.  My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100,
San Francisco, California 94105.  On August 9, 2007, I served the within documents:

1

1
2
3
4

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE; REASSIGNMENT ORDER; DEFENDANT MCKESSON CORPORATION'S NOTICE OF MOTION TO DISMISS; DEFENDANT MCKESSON CORPORATION'S MOTION TO DISMISS; DEFENDANT MCKESSON CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS; and [PROPOSED] ORDER GRANTING DEFENDANT MCKESSON CORPORATION'S MOTION TO DISMISS

5
6
7
8

☐ I sent such document from facsimile machine (415) 397-8549 on August 3, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

9
10

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

11
12

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

13
14

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

15
16

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

17
18

CHRISTINE H. CHANG, Pro Per
341 Tideway Dr., #214
Alameda, CA 94501

19
20
21

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

22
23

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

24

Executed on August 9, 2007, at San Francisco, California.

25

_____
Patricia K. Massender

26
27
28

-2-