SEYFARTH SHAW LLP
Patricia H. Cullison (SBN 101636) pcullison@seyfarth.com
Allison B. Moser (SBN 223065) amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
MCKESSON CORPORATION,
formerly known as MCKESSON HBOC, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON HBOC, INC., et al.,<br><br>Defendants. | Case No. C 07-3981 MJJ<br><br>**DECLARATION OF ALLISON B. MOSER IN SUPPORT OF DEFENDANT MCKESSON CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date: September 18, 2007<br>Time: 9:30 a.m.<br>Judge: Honorable Martin J. Jenkins<br>Dept./Place: Courtroom 11, 19th Floor |

I, Allison B. Moser, declare:

1. I am an attorney at law duly licensed to practice in the State of California and a member of the bar of this Court. I am an associate with the firm of Seyfarth Shaw LLP, the attorneys of record for Defendant McKesson Corporation, formerly known as McKesson HBOC, Inc., in this matter. I have personal knowledge of the facts stated herein and if called as a witness, could and would testify competently to them.

2. On August 9, 2007, Defendant McKesson Corporation filed its motion under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's Complaint.

3. Defendant served the motion and all accompanying documents upon Plaintiff.

4. Although Plaintiff's proof of service reflects that she served Defendant on August 27, 2007 via regular mail, her envelope to Defendant was postmarked August 28, 2007.

5. I did not receive Plaintiff's opposition until August 29, 2007.

6. Plaintiff did not file her opposition and supporting declaration with the Court until August 30, 2007.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 4th day of September, 2007, at San Francisco, California.

_____
Allison B. Moser

SF1 28300872.1 / 56248-000002

2
Moser Declaration ISO Defendant's Reply to Opposition to Motion to Dismiss
Case No. C 07-3981 MJJ