1  SEYFARTH SHAW LLP
   Patricia H. Cullison (State Bar No. 101636)
2  pcullison@seyfarth.com
   Allison B. Moser (State Bar No. 223065)
3  amoser@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   MCKESSON CORPORATION,
7  formerly known as MCKESSON HBOC, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 CHRISTINE H. CHANG,              )  Case No.  C 07 3981 MJJ
                                    )
12          Plaintiff,               )  PROOF OF SERVICE OF DEFENDANT
                                    )  MCKESSON CORPORATION'S REPLY
13     v.                            )  TO PLAINTIFF'S OPPOSITION TO
                                    )  DEFENDANT'S MOTION TO DISMISS;
14 MCKESSON HBOC, INC; et al.        )  DECLARATION OF ALLISON B.
                                    )  MOSER IN SUPPORT OF DEFENDANT
15          Defendants.              )  MCKESSON CORPORATION'S REPLY
                                    )  TO PLAINTIFF'S OPPOSITION TO
16 _____)  DEFENDANT'S MOTION TO DISMISS

17

18 STATE OF CALIFORNIA          )
                                )  ss
19 COUNTY OF SAN FRANCISCO      )

20     I am a resident of the State of California, over the age of eighteen years, and not a party
   to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100,
21 San Francisco, California 94105. On September 4, 2007, I served the within documents:

22 DEFENDANT MCKESSON CORPORATION'S REPLY TO PLAINTIFF'S
   OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; DECLARATION
23 OF ALLISON B. MOSER IN SUPPORT OF DEFENDANT MCKESSON
   CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO
24 DEFENDANT'S MOTION TO DISMISS

25 ☐  I sent such document from facsimile machine (415) 397-8549 on _____, 2007.
      I certify that said transmission was completed and that all pages were received and
26    that a report was generated by facsimile machine (415) 397-8549 which confirms said
      transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this
27    action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the
      parties listed below.
28

                                           1

1  ☐ by placing the document(s) listed above in a sealed envelope with postage thereon
2     fully prepaid, in the United States mail at San Francisco, California addressed as set
       forth below.
3
4  ☑ by providing copies of the document(s) listed above to Wheels of Justice, a
      professional process service, to hand deliver the document(s) listed above to the
      person(s) at the address(es) set forth below.
5
6  ☐ by placing the document(s) listed above, together with an unsigned copy of this
      declaration, in a sealed Federal Express envelope with postage paid on account and
7     deposited with Federal Express at San Francisco, California, addressed as set forth
      below.
8
   ☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses
      set forth below.
9

10   CHRISTINE H. CHANG, Pro Per
     341 Tideway Dr., #214
11   Alameda, CA 94501

12       I am readily familiar with the firm's practice of collection and processing correspondence
     for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
13   day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
     motion of the party served, service is presumed invalid if postal cancellation date or postage
14   meter date is more than on day after the date of deposit for mailing in affidavit.

15       I declare that I am employed in the office of a member of the bar of this court whose
     direction the service was made.
16
         Executed on September 4, 2007, at San Francisco, California.
17
                                                 _____
18                                                       Patricia K. Massender

-2-

SF1 28300875.1 / 56248-000002   Proof of Service – Case No. C 07 3981 MJJ