| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ALLISON B. MOSER, ESQ. (223065)<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105 | (415) 397-2823 | |
| Attorneys for: MCKESSON CORP | Ref. No. Or File No.<br>W2483157 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CHRISTINE H. CHANG

Defendant:
MCKESSION HBOC, INC. et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>07-3981 MJJ |
|---|---|---|---|---|

I, Ronald Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: DEFENDANT MCKESSON CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO DENDANT'S MOTION TO DISMISS; DECLARATION OF [ALLISON B. MOSER] IN SUPPORT OF DEFENDANT MCKESSON CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Opposing Counsel      : CHRISTINE H. CHANG

By Serving            : ERIC CHANG, Son

Address               : 341 Tideway Drive #214, Alameda, California 94501
Date & Time           : Tuesday, September 4, 2007 @ 1:20 a.m.
Witness fees were     : Not demanded or paid.

Person serving:
Ronald Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 649
   (3) County: Alameda
   (4) Expires: 1/31/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 5, 2007                    Signature: _____
                                                        Ronald Marcus

