IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CHRISTINE CHANG,**

        Plaintiff(s),

v.

MCKESSON HBOC, INC., et al.,

        Defendant(s),
        _____/

No. **C07-3981 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has vacated the motion hearing for September 18, 2007 at 9:30 a.m. the motion will be heard on the papers before the Honorable Martin J. Jenkins.

Dated: 9/17/ 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Alfred Amistoso
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.