ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

October 23, 2007

Christine H. Chang
341 Tideway Drive, #213
Alameda, CA 94501
510-769-8232

Allison B. Moser and Patricia H. Cullison
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
415-397-2823

Re:   Chang v. McKesson HBOC Inc
      Case No. C 07-03981 MJJ ENE

Dear Ms. Chang and Counsel:

We have received notification from Honorable Martin J. Jenkins that the referenced case was referred to ENE on October 18, 2007. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **November 1, 2007 at 10:00 a.m.** This office will initiate the call. Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached if different from above.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf