ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

October 23, 2007

Christine H. Chang
341 Tideway Drive, #213
Alameda, CA 94501
510-769-8232

Allison B. Moser and Patricia H. Cullison
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
415-397-2823

Re:   Chang v. McKesson HBOC Inc
      Case No. C 07-03981 MJJ ENE

Dear Ms. Chang and Counsel:

The ADR Conference Call has been rescheduled to **Monday, November 5, 2007 at 10:00 a.m.** Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf