SEYFARTH SHAW LLP
Patricia H. Cullison (State Bar No. 101636)
pcullison@seyfarth.com
Allison B. Moser (State Bar No. 223065)
amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
MCKESSON CORPORATION, erroneously sued herein as MCKESSON HBOC, INC.

Christine H. Chang, Pro Se
341 Tideway Drive, #214
Alameda, California 94501
Telephone: (510) 769-8232

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINE H. CHANG, | Case No. C 07-03981 MJJ |
|---|---|
| Plaintiff, | **RULE 26(f) JOINT REPORT AND DISCOVERY PLAN** |
| v. | |
| MCKESSON HBOC, INC; MCKESSON HBOC CEO JOHN HAMMERGREN; MCKESSON HBOC EXECUTIVE VICE PRESIDENT PAUL KIRINCIC; MCKESSON HBOC SENIOR VICE PRESIDENT JERRY WARREN; MCKESSON HBOC VICE PRESIDENT CHRISTOPHER MAHER; MCKESSON HBOC VICE PRESIDENT TOM VON; MCKESSON HBOC VICE PRESIDENT TOM CAPIZZI; MCKESSON HBOC DIVISION MANAGER DONNA DRAHER; MCKESSON HBOC DIVISION MANAGER TOM PUTHUFF; MCKESSON HBOC DIVISION MANAGER KEVIN MYRICK; MCKESSON HBOC HUMAN RESOURCE RICH SOUBLET; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(f), the parties met and conferred regarding a proposed discovery plan. The parties jointly propose to the Court the following discovery plan:

1. **Rule 26(f)(1)**

The parties will exchange the information required by Fed. R. Civ. Proc. 26(a)(1) on a rolling basis and will use their good faith best efforts to complete the initial disclosure process by October 31, 2007.

2. **Rule 26(f)(2)**

The parties intend to propound written discovery and depose witnesses, and otherwise conduct discovery in accordance with the Local Rules and the Federal Rules of Civil Procedure.

3. **Rule 26(f)(3)**

There are presently no anticipated issues relating to disclosure or discovery of electronically stored information.

4. **Rule 26(f)(4)**

There are presently no anticipated issues relating to claims of privilege or of protection as to trial-preparation material.

5. **Rule 26(f)(5)**

Discovery should be conducted in accordance with the limitations imposed by the Code.

6. **Rule 26(f)(6)**

The parties do not anticipate any other orders to be entered by the Court under Rule 26(c) or under Rule 16(b) and (c). Per this Court's order, the parties will be filing a Joint Case Management Conference by November 20, 2007.

The filing attorney attests that the content of this document is acceptable to all persons required to sign the document.

1 | DATED: October 25, 2007

SEYFARTH SHAW LLP

By /s/ Allison B. Moser
Allison B. Moser
Attorneys for Defendant
MCKESSON CORPORATION

DATED: October 25, 2007

By /s/ Christine H. Chang
Christine H. Chang, Pro Se

SF1 28304951.1 / 56248-000002

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF SAN FRANCISCO    )

 I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On October 26, 2007, I served the within documents:

 RULE 26(f) JOINT REPORT AND DISCOVERY PLAN

☐  I sent such document from facsimile machine (415) 397-8549 on August 2, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐  by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐  by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

CHRISTINE H. CHANG, Pro Se
341 Tideway Dr., #214
Alameda, CA 94501

 I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

 I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

 Executed on October 26, 2007, at San Francisco, California.

*Patricia K. Massender*
Patricia K. Massender

Proof of Service  C 07-03981 MJJ ENE