SEYFARTH SHAW LLP
Patricia H. Cullison (State Bar No. 101636)
pcullison@seyfarth.com
Allison B. Moser (State Bar No. 223065)
amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
MCKESSON CORPORATION, formerly
known as MCKESSON HBOC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCKESSON HBOC, INC; MCKESSON HBOC CEO JOHN HAMMERGREN; MCKESSON HBOC EXECUTIVE VICE PRESIDENT PAUL KIRINCIC; MCKESSON HBOC SENIOR VICE PRESIDENT JERRY WARREN; MCKESSON HBOC VICE PRESIDENT CHRISTOPHER MAHER; MCKESSON HBOC VICE PRESIDENT TOM VON; MCKESSON HBOC VICE PRESIDENT TOM CAPIZZI; MCKESSON HBOC DIVISION MANAGER DONNA DRAHER; MCKESSON HBOC DIVISION MANAGER TOM PUTHUFF; MCKESSON HBOC DIVISION MANAGER KEVIN MYRICK; MCKESSON HBOC HUMAN RESOURCE RICH SOUBLET; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. C 07-3981 MJJ<br><br>**DEFENDANT MCKESSON CORPORATION'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: December 4, 2007<br>Time: 9:30 a.m.<br>District Court Judge: Honorable Martin J. Jenkins<br>Courtroom: 11, 19th Floor |

**TO PLAINTIFF:**

　　**PLEASE TAKE NOTICE** that on December 4, 2007, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 11, 19th Floor of the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant McKesson Corporation Inc.,

1
Notice of Motion to Dismiss Plaintiff's Amended Complaint – Case No. C 07-3981 MJJ

formerly known as McKesson HBOC, Inc., will, and hereby does, move the Court for an order pursuant to Rule 12(b)(5) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint in its entirety.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice and Exhibit in support thereof, the Declaration of Allison B. Moser and Exhibits in support thereof, the Declaration of Erik Sprotte, the pleadings and other papers on file with the Court, and upon such other authorities as may be presented to the Court prior to or at the time of the hearing.

DATED: October 30, 2007                                SEYFARTH SHAW LLP


By /s/ Allison B. Moser
Allison B. Moser
Attorneys for Defendants
MCKESSON CORPORATION, formerly
known as MCKESSON HBOC, INC.

SF1 28297832.1 / 56248-000002