1   SEYFARTH SHAW LLP
    Patricia H. Cullison (SBN 101636) pcullison@seyfarth.com
2   Allison B. Moser (SBN 223065) amoser@seyfarth.com
    560 Mission Street, Suite 3100
3   San Francisco, California 94105
    Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549

5   Attorneys for Defendant
    MCKESSON CORPORATION,
6   formerly known as MCKESSON HBOC, INC.

7

8

9                   UNITED STATES DISTRICT COURT

10          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  CHRISTINE H. CHANG,                 )   Case No. C 07-3981 MJJ
                                        )
12              Plaintiff,              )   **DECLARATION OF ERIK SPROTTE**
                                        )   **IN SUPPORT OF DEFENDANT**
13      v.                              )   **MCKESSON CORPORATION'S**
                                        )   **MOTION TO DISMISS PLAINTIFF'S**
14  MCKESSON HBOC, INC., et al.,        )   **AMENDED COMPLAINT**
                                        )
15              Defendants.             )   Date: December 4, 2007
                                        )   Time: 9:30 a.m.
16                                      )   Judge: Honorable Martin J. Jenkins
                                        )   Dept./Place: Courtroom 11, 19th Floor
17  _____)

18

19      I, Erik Sprotte, declare:

20      1.      I am employed as a Vice President Human Resources by Defendant McKesson

21  Corporation, formerly known as McKesson HBOC, Inc., in this matter.  I have personal

22  knowledge of the facts stated herein and if called as a witness, could and would testify

23  competently to them.

24      2.      In my role in Human Resources, I have access to employee identification

25  information, including information about employees' hire date and termination/resignation dates.

26      3.      I have reviewed the employment status of the individually named defendants in

27  this case.

28

---

1    4.    John Hammergren, Paul Kirincic, Jerry Warren, and Donna Draher are current
2    employees of McKesson.

3    5.    Christopher Maher left McKesson on or about April 1, 2006.

4    6.    Tommy Von left McKesson on or about May 4, 2002.

5    7.    Thomas Capizzi left McKesson on January 22, 2000.

6    8.    Thomas Puthuff left McKesson on August 30, 2002.

7    9.    Kevin Myrick left McKesson prior to 2002 when we switched computer systems.

8    10.    Richard Soublet left McKesson on February 27, 2007.

9    I declare under penalty of perjury, under the laws of the State of California, that the

10   foregoing is true and correct.  Executed this 29 day of October, 2007, at San Francisco,

11   California.

12

13

14                                                        Erik Sprotte, VP Human Resources

15

16   SF1 28305500.1 / 56248-000002

17

18

19

20

21

22

23

24

25

26

27

28

2

Declaration of Erik Sprotte ISO Defendant's Motion to Dismiss Amended Complaint
Case No. C 07-3981 MJJ