```
SEYFARTH SHAW LLP
Patricia H. Cullison (State Bar No. 101636)
pcullison@seyfarth.com
Allison B. Moser (State Bar No. 223065)
amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
MCKESSON CORPORATION, formerly
known as MCKESSON HBOC, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MCKESSON HBOC, INC; MCKESSON HBOC CEO JOHN HAMMERGREN; MCKESSON HBOC EXECUTIVE VICE PRESIDENT PAUL KIRINCIC; MCKESSON HBOC SENIOR VICE PRESIDENT JERRY WARREN; MCKESSON HBOC VICE PRESIDENT CHRISTOPHER MAHER; MCKESSON HBOC VICE PRESIDENT TOM VON; MCKESSON HBOC VICE PRESIDENT TOM CAPIZZI; MCKESSON HBOC DIVISION MANAGER DONNA DRAHER; MCKESSON HBOC DIVISION MANAGER TOM PUTHUFF; MCKESSON HBOC DIVISION MANAGER KEVIN MYRICK; MCKESSON HBOC HUMAN RESOURCE RICH SOUBLET; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. C 07-3981 MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MCKESSON CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: December 4, 2007<br>Time: 9:30 a.m.<br>District Court Judge: Honorable Martin J. Jenkins<br>Courtroom: 11, 19th Floor |

　　　　Defendant McKesson Corporation Inc.'s, formerly known as McKesson HBOC, Inc ("McKesson"), Motion to Dismiss came on regularly for hearing on December 4, 2007 at 9:30 a.m. in Courtroom 11, 19th Floor, of the above-entitled Court, the Honorable Martin J. Jenkins, District Court Judge presiding. All parties were given notice and an opportunity to be heard.

     Having considered all materials filed in support of and in opposition to this motion, and oral argument having been had, and good cause appearing therefore, the Court GRANTS Defendants' Motion to Dismiss Plaintiff's Amended Complaint in its entirety. Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6), and Plaintiff's Amended Complaint fails to establish proper service of the individually named defendants pursuant to F.R.C.P., Rule 12(b)(5).

     Plaintiff's Amended Complaint (1) should be dismissed as to all individually named defendants as Plaintiff has failed to state a claim upon which relief can be granted pursuant to F.R.C.P., Rule 12(b)(6); and (2) service should be quashed as to Defendants Christopher Maher, Tommy Von, Thomas Capizzi, Thomas Puthuff, Kevin Myrick, and Richard Soublet.

     Accordingly, Defendants' Motion to Dismiss Plaintiff's Amended Complaint pursuant to F.R.C.P., Rules 12(b)(5) and 12(b)(6) is GRANTED in its entirety with prejudice.

IT IS SO ORDERED.

Dated:_____

_____
Honorable Martin J. Jenkins
United States District Court Judge

SF1 28305501.1 / 56248-000002