| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ALLISON B. MOSER (223065)<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105 | (415) 397-2823 | |
| Attorneys for: MCKESSON CORPORATION, FORMERLY KNOWN AS MCKESSON HBOC, INC. | Ref. No. Or File No.<br>W2487595 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CHRISTINE H. CHANG

Defendant:
MCKESSON HBOC, etc., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>07-3981 MJJ |
|---|---|---|---|---|

I, Frederick C. Gurr, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: DEFENDANT MCKESSON CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Plaintiff                : CHRISTINE H. CHANG

By Serving         : By leaving true and correct copies under the door of the given residence
                                address and mailing copies to the given residence address.
Address             : 341 Tideway Drive #214, Alameda, CA 94501
Date & Time     : Tuesday, November 20, 2007 @ 3:00 p.m.
Witness fees were : Not applicable.

Person serving:
Frederick C. Gurr
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.:
  (3) County:
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 20, 2007                                    Signature: _____
                                                                              Frederick C. Gurr

