UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: MARTIN J. JENKINS**

**Date**: December 5, 2007

**Case No:** C 07-03981 MJJ

**Case Title**: CHRISTINE CHANG v. McKESSON, INC., et al.

**Appearances:**

    For Plaintiff(s): Pro Se

    For Defendant(s): Alison Moser

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Joan Columbini

## PROCEEDINGS

1. Hearing on Defendant's Motion to Dismiss - held

MOTION/MATTER: ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  (X) Taken under submission
                  ( ) Withdrawn/Off Calendar
                  ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff     ( ) Defendant     (X) Court