```
 1  SEYFARTH SHAW LLP
    Patricia H. Cullison (State Bar No. 101636)
 2  pcullison@seyfarth.com
    Allison B. Moser (State Bar No. 223065)
 3  amoser@seyfarth.com
    560 Mission Street, Suite 3100
 4  San Francisco, California 94105
    Telephone: (415) 397-2823
 5  Facsimile: (415) 397-8549

 6  Attorneys for Defendants
    MCKESSON CORPORATION, formerly known as
 7  MCKESSON HBOC, INC., JOHN HAMMERGREN,
    PAUL KIRINCIC, JERRY WARREN and DONNA DRAHER
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MCKESSON HBOC, INC; MCKESSON HBOC CEO JOHN HAMMERGREN; MCKESSON HBOC EXECUTIVE VICE PRESIDENT PAUL KIRINCIC; MCKESSON HBOC SENIOR VICE PRESIDENT JERRY WARREN; MCKESSON HBOC VICE PRESIDENT CHRISTOPHER MAHER; MCKESSON HBOC VICE PRESIDENT TOM VON; MCKESSON HBOC VICE PRESIDENT TOM CAPIZZI; MCKESSON HBOC DIVISION MANAGER DONNA DRAHER; MCKESSON HBOC DIVISION MANAGER TOM PUTHUFF; MCKESSON HBOC DIVISION MANAGER KEVIN MYRICK; MCKESSON HBOC HUMAN RESOURCE RICH SOUBLET; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C 07-3981 MJJ<br><br>**DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: February 26, 2008<br>Time: 9:30 a.m.<br>District Court Judge: Honorable Martin J. Jenkins<br>Courtroom: 11, 19th Floor |

**TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that on February 26, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 11, 19th Floor of the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendants John Hammergren, Paul

1

Notice of Motion to Dismiss Plaintiff's Amended Complaint – Case No. C 07-3981 MJJ

1  Kirincic, Jerry Warren and Donna Draher ("Defendants") will, and hereby do, move the Court
2  for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting
3  Defendants' Motion to Dismiss Plaintiff's Amended Complaint in its entirety.
4      This motion is based upon this Notice of Motion, the accompanying Memorandum of
5  Points and Authorities in support thereof, the Request for Judicial Notice and Exhibit in support
6  thereof, the Declaration of Allison B. Moser and Exhibits in support thereof, the Declaration of
7  Erik Sprotte, the pleadings and other papers on file with the Court, and upon such other
8  authorities as may be presented to the Court prior to or at the time of the hearing.

10  DATED: January 22, 2008                    SEYFARTH SHAW LLP

12                                             By /s/ Allison B. Moser
13                                                Allison B. Moser
                                                  Attorneys for Defendants
14                                                MCKESSON CORPORATION, formerly
                                                  known as MCKESSON HBOC, INC.,
15                                                JOHN HAMMERGREN, PAUL IRINCIC,
                                                  JERRY WARREN and DONNA DRAHER

17  SF1 28312860.1 / 56248-000002