SEYFARTH SHAW LLP
Patricia H. Cullison (SBN 101636) pcullison@seyfarth.com
Allison B. Moser (SBN 223065) amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
MCKESSON CORPORATION, formerly known as
MCKESSON HBOC, INC., JOHN HAMMERGREN,
PAUL KIRINCIC, JERRY WARREN and DONNA DRAHER

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON HBOC, INC., et al.,<br><br>Defendants. | Case No. C 07-3981 MJJ<br><br>**DECLARATION OF ERIK SPROTTE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: February 26, 2008<br>Time: 9:30 a.m.<br>Judge: Honorable Martin J. Jenkins<br>Dept./Place: Courtroom 11, 19th Floor |

I, Erik Sprotte, declare:

1. I am employed as the Vice President of Human Resources by Defendant McKesson Corporation, formerly known as McKesson HBOC, Inc., in this matter. I have personal knowledge of the facts stated herein and if called as a witness, could and would testify competently to them.

2. In my role in Human Resources, I have access to employee identification information, including information about employees' hire date and termination/resignation dates.

3. I have reviewed the employment status of the individually named defendants in this case.

4.    John Hammergren, Paul Kirincic, Jerry Warren, and Donna Draher are current employees of McKesson.

5.    Christopher Maher left McKesson on or about April 1, 2006.

6.    Tommy Von left McKesson on or about May 4, 2002.

7.    Thomas Capizzi left McKesson on January 22, 2000.

8.    Thomas Puthuff left McKesson on August 30, 2002.

9.    Kevin Myrick left McKesson prior to 2002 when we switched computer systems.

10.    Richard Soublet left McKesson on February 27, 2007.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 29 day of October, 2007, at San Francisco, California.

_____
Erik Sprotte, VP Human Resources

---
2
Declaration of Erik Sprotte ISO Defendant's Motion to Dismiss Amended Complaint
Case No. C 07-3981 MJJ