SEYFARTH SHAW LLP
Patricia H. Cullison (State Bar No. 101636)
pcullison@seyfarth.com
Allison B. Moser (State Bar No. 223065)
amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
MCKESSON CORPORATION, formerly known as
MCKESSON HBOC, INC., JOHN HAMMERGREN,
PAUL KIRINCIC, JERRY WARREN and DONNA DRAHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCKESSON HBOC, INC; MCKESSON HBOC CEO JOHN HAMMERGREN; MCKESSON HBOC EXECUTIVE VICE PRESIDENT PAUL KIRINCIC; MCKESSON HBOC SENIOR VICE PRESIDENT JERRY WARREN; MCKESSON HBOC VICE PRESIDENT CHRISTOPHER MAHER; MCKESSON HBOC VICE PRESIDENT TOM VON; MCKESSON HBOC VICE PRESIDENT TOM CAPIZZI; MCKESSON HBOC DIVISION MANAGER DONNA DRAHER; MCKESSON HBOC DIVISION MANAGER TOM PUTHUFF; MCKESSON HBOC DIVISION MANAGER KEVIN MYRICK; MCKESSON HBOC HUMAN RESOURCE RICH SOUBLET; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. C 07-3981 MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: February 26, 2008<br>Time: 9:30 a.m.<br>District Court Judge: Honorable Martin J. Jenkins<br>Courtroom: 11, 19th Floor |

　　　Defendants John Hammergren, Paul Kirincic, Jerry Warren and Donna Draher's ("Defendants") Motion to Dismiss came on regularly for hearing on February 26, 2008 at 9:30 a.m. in Courtroom 11, 19th Floor, of the above-entitled Court, the Honorable Martin J. Jenkins, District Court Judge presiding. All parties were given notice and an opportunity to be heard.

1   Having considered all materials filed in support of and in opposition to this motion, and oral argument having been had, and good cause appearing therefore, the Court GRANTS Defendants John Hammergren, Paul Kirincic, Jerry Warren and Donna Draher's Motion to Dismiss Plaintiff's Amended Complaint in its entirety. Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6). Furthermore, as Plaintiff failed to properly and timely serve Defendants Christopher Maher, Tommy Von, Thomas Capizzi, Thomas Puthuff, Kevin Myrick, and Richard Soublet, such Defendants should be dismissed per this Court's December 17, 2007 Order.

Accordingly, Defendants' Motion to Dismiss Plaintiff's Amended Complaint pursuant to F.R.C.P.12(b)(6) is GRANTED in its entirety with prejudice.

IT IS SO ORDERED.

Dated:_____

_____
Honorable Martin J. Jenkins
United States District Court Judge

SF1 28312855.1 / 56248-000002