1  SEYFARTH SHAW LLP
   Patricia H. Cullison (State Bar No. 101636)
2  pcullison@seyfarth.com
   Allison B. Moser (State Bar No. 223065)
3  amoser@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   MCKESSON CORPORATION, formerly known as
7  MCKESSON HBOC, INC., JOHN HAMMERGREN,
   PAUL KIRINCIC, JERRY WARREN and DONNA DRAHER
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 | CHRISTINE H. CHANG,                ) Case No. C 07 3981 MJJ
                                        )
12 |        Plaintiff,                  ) PROOF OF SERVICE OF MULTIPLE
                                        ) DOCUMENTS
13 |   v.                               )
                                        )
14 | MCKESSON HBOC, INC; MCKESSON       )
     HBOC CEO JOHN HAMMERGREN;          )
15 | MCKESSON HBOC EXECUTIVE VICE       )
     PRESIDENT PAUL KIRINCIC; MCKESSON  )
16 | HBOC SENIOR VICE PRESIDENT JERRY   )
     WARREN; MCKESSON HBOC VICE         )
17 | PRESIDENT CHRISTOPHER MAHER;       )
     MCKESSON HBOC VICE PRESIDENT TOM   )
18 | VON; MCKESSON HBOC VICE PRESIDENT  )
     TOM CAPIZZI; MCKESSON HBOC         )
19 | DIVISION MANAGER DONNA DRAHER;     )
     MCKESSON HBOC DIVISION MANAGER     )
20 | TOM PUTHUFF; MCKESSON HBOC         )
     DIVISION MANAGER KEVIN MYRICK;     )
21 | MCKESSON HBOC HUMAN RESOURCE       )
     RICH SOUBLET; and DOES 1 through 100, )
22 | inclusive,                         )
                                        )
23 |        Defendants.                 )
                                        )
24 | _____    )

25
   STATE OF CALIFORNIA         )
26                             ) ss
   COUNTY OF SAN FRANCISCO     )
27
        I am a resident of the State of California, over the age of eighteen years, and not a party
28 to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100,
   San Francisco, California 94105. On January 22, 2008, I served the within documents:

                                         1
Proof of Service – Case No. C 07 3981 MJJ

|     |                                                                                                                                                                                                                                                                                                                                                                                     |
| --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT                                                                                                                                                                                                                                                 |
| 2   |                                                                                                                                                                                                                                                                                                                                                                                     |
| 3   | DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S MOTION TO DISMISS AMENDED COMPLAINT                                                                                                                                                                                                                                                                      |
| 4   |                                                                                                                                                                                                                                                                                                                                                                                     |
| 5   | DECLARATION OF ALLISON B. MOSER IN SUPPORT OF DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT                                                                                                                                                                                                             |
| 6   |                                                                                                                                                                                                                                                                                                                                                                                     |
| 7   | DECLARATION OF ERIK SPROTTE IN SUPPORT OF DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S MOTION TO DISMISS AMENDED COMPLAINT                                                                                                                                                                                                                             |
| 8   |                                                                                                                                                                                                                                                                                                                                                                                     |
| 9   | DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT                                                                                                                                                                                                     |
| 10  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 11  | and [PROPOSED] ORDER GRANTING DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT                                                                                                                                                                                                                             |
| 12  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 13  | ☐ I sent such document from facsimile machine (415) 397-8549 on August 3, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below. |
| 14  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 15  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 16  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 17  | ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.                                                                                                                                                                                             |
| 18  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 19  | ☑ by personally delivering the document(s) listed above to Wheels of Justice for personal service upon the person(s) at the address(es) set forth below.                                                                                                                                                                                                                            |
| 20  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 21  | ☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.                                                                                                                     |
| 22  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 23  | ☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.                                                                                                                                                                                                                                                                           |
| 24  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 25  | CHRISTINE H. CHANG, Pro Per<br>341 Tideway Dr., #214<br>Alameda, CA 94501                                                                                                                                                                                                                                                                                                           |
| 26  |                                                                                                                                                                                                                                                                                                                                                                                     |
| 27  |     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit. |
| 28  |                                                                                                                                                                                                                                                                                                                                                                                     |

-2-

Proof of Service – Case No. C 07 3981 MJJ

1 | I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on January 22, 2008, at San Francisco, California.

*Patricia K. Massender*
Patricia K. Massender