SEYFARTH SHAW LLP
Patricia H. Cullison (State Bar No. 101636)
pcullison@seyfarth.com
Allison B. Moser (State Bar No. 223065)
amoser@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
MCKESSON CORPORATION, formerly known as
MCKESSON HBOC, INC., JOHN HAMMERGREN,
PAUL KIRINCIC, JERRY WARREN and DONNA DRAHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON HBOC, INC; MCKESSON HBOC CEO JOHN HAMMERGREN; MCKESSON HBOC EXECUTIVE VICE PRESIDENT PAUL KIRINCIC; MCKESSON HBOC SENIOR VICE PRESIDENT JERRY WARREN; MCKESSON HBOC VICE PRESIDENT CHRISTOPHER MAHER; MCKESSON HBOC VICE PRESIDENT TOM VON; MCKESSON HBOC VICE PRESIDENT TOM CAPIZZI; MCKESSON HBOC DIVISION MANAGER DONNA DRAHER; MCKESSON HBOC DIVISION MANAGER TOM PUTHUFF; MCKESSON HBOC DIVISION MANAGER KEVIN MYRICK; MCKESSON HBOC HUMAN RESOURCE RICH SOUBLET; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07-3981 MJJ<br><br>**DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: March 4, 2008<br>Time: 9:30 a.m.<br>District Court Judge: Honorable Martin J. Jenkins<br>Courtroom: 11, 19th Floor |

**TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that on March 4, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 11, 19th Floor of the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendants John Hammergren, Paul

1

1  Kirincic, Jerry Warren and Donna Draher ("Defendants") will, and hereby do, move the Court
2  for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting
3  Defendants' Motion to Dismiss Plaintiff's Amended Complaint in its entirety.
4      This motion is based upon this Amended Notice of Motion, the accompanying
5  Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice and
6  Exhibit in support thereof, the Declaration of Allison B. Moser and Exhibits in support thereof,
7  the Declaration of Erik Sprotte, the pleadings and other papers on file with the Court, and upon
8  such other authorities as may be presented to the Court prior to or at the time of the hearing.

10 DATED: January 23, 2008                           SEYFARTH SHAW LLP

12                                                  By /s/ Allison B. Moser
13                                                  Allison B. Moser
                                                    Attorneys for Defendants
14                                                  MCKESSON CORPORATION, formerly
                                                    known as MCKESSON HBOC, INC.,
15                                                  JOHN HAMMERGREN, PAUL IRINCIC,
                                                    JERRY WARREN and DONNA DRAHER

17 SF1 28312860.1 / 56248-000002

---

2
Amended Notice of Motion to Dismiss Plaintiff's Amended Complaint
Case No. C 07-3981 MJJ