| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ALLISON B. MOSER, ESQ. (223065)<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105 | (415) 397-2823 | |
| Attorneys for: DEFENDANTS | Ref. No. Or File No.<br>W2490597 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CHRISTINE H. CHANG

Defendant:
MCKESSION HBOC

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>07-3981 MJJ |
|---|---|---|---|---|

I, Ronald Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: DEFENDANTS JOHN HAMMERGREN, PAUL KRINCIC, JERRY WARREN AND DONNA DRAHER'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; DEFENDANTS JOHN HAMMERGREN, PAUL KRINCIC, JERRY WARREN AND DONNA DRAHER'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; DECLARATION OF ALLISON B. MOSER; DECLARATION OF ERIK SPROTTE; REQUEST FOR JUDICIAL NOTICE; [PROPOSED] ORDER; PROOF OF SERVICE

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Opposing Counsel | : CHRISTINE H. CHANG |
| By Serving | : By leaving true and correct copies thereof, enclosed in a sealed addressed envelope, at door |
| Address | : 341 Tideway Drive, #214, Alameda, California |
| Date & Time | : Tuesday, January 22, 2008 @ 5:05 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Ronald Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 649
  (3) County: Alameda
  (4) Expires: 1/31/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 22, 2008

Signature: _Ronald Marcus_
Ronald Marcus

