1  SEYFARTH SHAW LLP
   Patricia H. Cullison (State Bar No. 101636)
2  pcullison@seyfarth.com
   Allison B. Moser (State Bar No. 223065)
3  amoser@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   MCKESSON CORPORATION, formerly known as
7  MCKESSON HBOC, INC., JOHN HAMMERGREN,
   PAUL KIRINCIC, JERRY WARREN and DONNA DRAHER
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 CHRISTINE H. CHANG,                )   Case No. C 07 3981 MJJ
                                      )
12         Plaintiff,                 )   **PROOF OF SERVICE OF MULTIPLE**
                                      )   **DOCUMENTS**
13    v.                              )
                                      )
14 MCKESSON HBOC, INC; MCKESSON       )
   HBOC CEO JOHN HAMMERGREN;          )
15 MCKESSON HBOC EXECUTIVE VICE       )
   PRESIDENT PAUL KIRINCIC; MCKESSON  )
16 HBOC SENIOR VICE PRESIDENT JERRY   )
   WARREN; MCKESSON HBOC VICE         )
17 PRESIDENT CHRISTOPHER MAHER;       )
   MCKESSON HBOC VICE PRESIDENT TOM   )
18 VON; MCKESSON HBOC VICE PRESIDENT  )
   TOM CAPIZZI; MCKESSON HBOC         )
19 DIVISION MANAGER DONNA DRAHER;     )
   MCKESSON HBOC DIVISION MANAGER     )
20 TOM PUTHUFF; MCKESSON HBOC         )
   DIVISION MANAGER KEVIN MYRICK;     )
21 MCKESSON HBOC HUMAN RESOURCE       )
   RICH SOUBLET; and DOES 1 through 100,)
22 inclusive,                         )
                                      )
23         Defendants.                )
                                      )
24 _____  )

25
   STATE OF CALIFORNIA          )
26                              ) ss
   COUNTY OF SAN FRANCISCO      )
27
          I am a resident of the State of California, over the age of eighteen years, and not a party
28 to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100,
   San Francisco, California 94105. On February 19, 2008, I served the within documents:

                                            1
Proof of Service – Case No. C 07 3981 MJJ

DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT and DECLARATION OF ALLISON B. MOSER IN SUPPORT DEFENDANTS JOHN HAMMERGREN, PAUL KIRINCIC, JERRY WARREN AND DONNA DRAHER'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT

☐ I sent such document from facsimile machine (415) 397-8549 on August 3, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☑ by personally delivering the document(s) listed above to Wheels of Justice for personal service upon the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

CHRISTINE H. CHANG, Pro Per
341 Tideway Dr., #214
Alameda, CA 94501

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on February 19, 2008, at San Francisco, California.

*Patricia K. Massender*
Patricia K. Massender