IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE H. CHANG,<br><br>    Plaintiff,<br><br>v.<br><br>MCKESSON HBOC, INC.,<br><br>    Defendant.<br>_____/ | No. CV 07-03981 MJJ<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    Defendants' Motion to Dismiss is **GRANTED.**

Dated:    3/3/2008                                                           Richard W. Wieking, Clerk
                                                                                      By: *MNarcisse*
                                                                                      Monica Narcisse, Deputy Clerk