1

2

3  CHRISTINE H. CHANG PRO SE
   341 Tideway Drive #214
4  Alameda, CA 94501
   Telephone : (510) 769-8232
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | CHRISTINE H. CHANG,                      ) Case No. C07-3981 MJJ
                                              )
11 |        Plaintiff,                        ) DECLARATION IN
                                              ) SUPPORT OF
12 |    v.                                    ) RECONSIDERATION OF
                                              ) ORDER GRANTING
13 | MCKESSON HBOC, INC; MCKESSON             ) MOTION TO DISMISS
     HBOC CEO JOHN HAMMERGREN;                )
14 | MCKESSON HBOC EXECUTIVE VICE             ) 1. BREACH OF IMPLIED
     PRESIDENT PAUL KIRINCIC; MCKESSON )         CONTRACT
15 | HBOC SENIOR VICE PRESIDENT JERRY   )      2. WRONGFUL
     WARREN; MCKESSON HBOC VICE         )        TERMINATION
16 | PRESIDENT CHRISTOPHER MAHER;       )      3. FRAUD
     MCKESSON HBOC VICE PRESIDENT       )      4. INTENTIONAL
17 | TOM VON; MCKESSON HBOC VICE        )         INFLICTION OF
     PRESIDENT TOM CAPIZZI; MCKESSON    )         EMOTIONAL
18 | HBOC DIVISION MANAGER DONNA        )         DISTRESS
     DRAHER; MCKESSON HBOC DIVISION     )      5. FOR SEVERANCE,
19 | MANAGER TOM PUTHUFF; MCKESSON      )         DISABILITY,
     HBOC DIVISION MANAGER KEVIN        )         BACK, VACATION,
20 | MYRICK; MCKESSON HBOC HUMAN        )         PAYS; INTEREST
     RESOURCE RICH SOUBLET; and DOES    )         AND PUNITIVE
21 | 1 through 100, inclusive,          )
                                        ) District Court Judge: Honorable
22 |        Defendants.                 ) Martin J. Jenkins
     _____) Courtroom: 11, 19th Floor
23                                              1

FILED
08 APR -1  PM 3 31

I, Christine H. Chang, declare as follows:

1. I am the Plaintiff in Chang v. McKesson HBOC, Inc., et al, Case No. C07-3981 MJJ. The facts stated herein are of my own personal knowledge and if called as a witness, I could and would testify competently thereto. I make this declaration in support of my Reconsideration of Order Granting Motion to Dismiss Plaintiff's Amended Complaint.

2. The true and correct copies of exhibits are attached to the Reconsideration, and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters set forth on information and belief, and as to those matters I am informed and believe them to be true and correct.

Executed on March 31, 2008 at Alameda, California.

*Christine H. Chang*
Christine H. Chang, Plaintiff

2

## CERTIFICATE OF SERVICE

I, CHRISTINE CHANG, hereby certify that on April 1, 2008, I forwarded a true and correct copy of RECONSIDERATION OF ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT and exhibits, And DECLARATION IN SUPPORT OF RECONSIDERATION OF ORDER GRANTING MOTION TO DISMISS to Allison B. Moser, by placing a true copy thereof in a sealed envelope with first class postage prepaid and addressed as follows:

> Allison B. Moser
> Seyfarth Shaw LLP
> 560 Mission Street,
> Suite 3100
> San Francisco, California 94105

I caused such envelopes to be placed for collection and mailing in the United States Mail at San Francisco, California.

Dated: April 1, 2008

By _____
Christine Chang, Plaintiff