AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Northern    District of    California

Christine H. Chang, Plaintiff

V.

McKesson Corporation, et al., Defendants,

**BILL OF COSTS**

Case Number:    C 07-3981 MJJ

Judgment having been entered in the above entitled action on    3/3/2008    against    Plaintiff Christine H. Chang    ,

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ~~1,167.45~~ |

cost disallowed, pursuant LR54-3(d)(3)

TOTAL    $    350.00 ~~1,517.45~~

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❑    Electronic service by e-mail as set forth below and/or.

❑    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    _Allison B. Moser_

Name of Attorney:    Allison B. Moser

For:    Defendants McKesson Corp., J. Hammergren, P. Kirincic, J. Warren, D. Draher    Date:    3/14/08

Name of Claiming Party

Costs are taxed in the amount of    ~~$1,517.45~~ $350.00    and included in the judgment.

By:    /s/ Cora Klein    6/5/2008

Clerk of Court    Deputy Clerk    Date

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

*Chang v. McKesson Corporation, et al.*
Case No. C 07-3981 MJJ
**Itemization And Documentation Of Costs Supporting Defendants' Bill Of Costs**

| Date | Description | Amount |
|------|-------------|--------|
| 8/2/07 | Filing fee for Answer to Complaint filed by McKesson Corporation in San Francisco County Superior Court | ~~$335.00~~ |
| 9/5/07 | Fee for service of McKesson Corporation's Reply to Plaintiff's Opposition to McKesson's Motion to Dismiss Complaint | ~~$110.00~~ |
| 9/5/07 | Fee for delivery of chambers copy of McKesson Corporation's Reply per General Order No. 45 | ~~$45.00~~ |
| 10/31/07 | Fee for delivery of chambers copy of McKesson Corporation's Motion to Dismiss Amended Complaint and supporting papers (delivery required by General Order No. 45) | ~~$45.00~~ |
| 11/20/07 | Fee for service of McKesson Corporation's Reply to Chang's Opposition to McKesson's Motion to Dismiss Amended Complaint on Chang | ~~$110.00~~ |
| 11/20/07 | Fee for delivery of chambers copy of McKesson's Reply per General Order No. 45 | ~~$45.00~~ |
| 1/22/08 | Fee for service of Defendants Hammergren, Kirincic, Warren & Draher's Motion to Dismiss Amended Complaint and supporting papers on Chang | ~~$110.00~~ |
| 1/23/08 | Delivery fee for chambers copies of Defendants Hammergren, Kirincic, Warren & Draher's Motion to Dismiss Amended Complaint and supporting papers per General Order No. 45 | ~~$45.00~~ |
| 2/19/08 | Fee for service of  Defendants Hammergren, Kirincic, Warren & Draher's Reply to Chang's Opposition to Hammergren, et al.'s Motion to Dismiss Amended Complaint on Chang | ~~$110.00~~ |
| 2/20/08 | Fee for delivery of chambers copy of Defendants Hammergren, Kirincic, Warren & Draher's Reply to Chang's Opposition to Motion to Dismiss Amended Complaint, per General Order No. 45 | ~~$45.00~~ |
| 7/25/07-2/12/08 | Lexis research for Motions to Dismiss and Reply Briefs | ~~$167.45~~ |
| **TOTAL:** | | ~~$1,167.45~~ 0.0 |

DMBB

Superior Court of California,
County of San Francisco
Civil/Small Claims

Aug-02-2007  W1807802F012     BTHOMPSON
13:56:46

CASE NUMBER: CGC-07-464740

CHRISTINE H CHANG VS. MCKESSON HBOC INC
et al

CIVIL FIRST PAPER ANSWER/RESPONSE/PLEADI
NG

FILED BY MCKESSON CORPORATION,

FEE:      $335.00 PAID BY CHECK

            THANK YOU

---

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611008977
Cashier ID: sprinka
Transaction Date: 08/02/2007
Payer Name: wheels of justice
----------------------------------
CIVIL FILING FEE
  For: wheels of justice
  Case/Party: D-CAN-3-07-CV-003981-001
  Amount:        $350.00
----------------------------------
CHECK
  Check/Money Order Num: 27187
  Amt Tendered: $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

**WHEELS OF JUSTICE, INC.**    657 Mission Street, Suite 502 San Francisco, Ca 94105
Tel: (415) 546-6000    Fax: (415) 546-6199

Invoice No. W2483157

| | |
|---|---|
| Attorney  ALLISON B. MOSER , ESQ. (223065) | Date  September 5, 2007 |
| Telephone (415) 397-2823 | Court  UNITED STATES DISTRICT COURT |
| Fax  (415) 397-8549 | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File  MCKESSON CORP | Plaintiff  CHRISTINE H. CHANG |
| | Defendant  MCKESSION HBOC, INC. et al. |
| 56248–2 | Case No.  07–3981 MJJ |
| Attention Patricia Massender | Documents D DEFENDANT MCKESSON CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO DENDANT'S MOTION TO DISMISS; DECLARATION OF [ALLISON B. MOSER] IN SUPPORT OF DEFENDANT MCKESSON CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| Firm  SEYFARTH SHAW | |
| 560 Mission Street, 31st Floor | |
| San Francisco, California  94105 | |

RECEIVED OCT 23 2007 By

SENT NOV 0 1 2007 To Chicago Finance

Serve:  CHRISTINE H. CHANG

| Residence Address (1) | Business Address (2) |
|---|---|
| 341 Tideway Drive #214 Alameda, California  94501 | |
| | Bus Phone |

| Special Instructions | **SERVE** | |
|---|---|---|

| Hearing Date | Time | Dept | Last Date to Serve  *do-today* |
|---|---|---|---|

| Description | Age | 21 | Hgt | 5'10" | Race | Asian | Wt | 190 | Sex | M | Hair | Black |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Service Date | 9/4/07 | Time | 1:20 a.m. | Servers Name | Ronald Marcus |
|---|---|---|---|---|---|

Report  Served ERIC CHANG, Son at the given address

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| Do-Today | 35.00 |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| **TOTAL** | **$110.00** |

Client-Matter No:  56248-02

Cost Code:  D10

Approval to pay:

Attorney Check Attached

***Thank you for using WHEELS OF JUSTICE, INC.***

Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270

ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

**WHEELS OF JUSTICE, INC.**    657 Mission Street, Suite 502 San Francisco, Ca 94105
Tel: (415) 546-6000    Fax: (415) 546-6199

Invoice No. W2483151

Attorney JENNIFER SVANFELDT, ESQ.

Date   September 5, 2007

Telephone (415) 397-2823
Fax     (415) 397-8549

Court  UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Atty File

Plaintiff   CHANG
Defendant   MCKESSION
Case No.    07-3981 EMC
            SEALED ENVELOPE

56248-2
Attention Patricia

RECEIVED OCT 23 2007

Firm   SEYFARTH SHAW
560 Mission Street, 31st Floor
San Francisco, California  94105

SENT
NOV 0 1 2007
To Chicago Finance

Serve:  JUDGE CHEN

| Residence Address (1) | USDC/NDC-SAN FRANCISCO | Business Address (2) |
| | 450 Golden Gate Avenue, 16th Floor | |
| | San Francisco, California  94102 | |
| | Bus Phone | |

Special Instructions          **COURTESY COPIES**

| Hearing Date | | Time | | Dept | | Last Date to Serve **do-today** |

| Description | Age | | Hgt . | | Race | | Wt | | Sex | | Hair |

| Service Date | **9/5/07** | Time | **10:40 a.m.** | Servers Name | **Wheels Of Justice** |

Report   Delivered to HELEN ALMACEN, Clerk

| ITEM | CHARGES |
|---|---|
| Service | |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | 45.00 |
| **TOTAL** | **$45.00** |

Client-Matter No: 56248-02

Cost Code: E112

Approval to pay: _____

Attorney Check Attached

*Thank you for using WHEELS OF JUSTICE, INC.*

Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

**WHEELS OF JUSTICE, INC.**    657 Mission Street, Suite 502 San Francisco, Ca 94105

Tel: (415) 546-6000    Fax: (415) 546-6199    Invoice No. W2486511

| | |
|---|---|
| Attorney  A. MOSER | Date  October 30, 2007 |
| Telephone (415) 397-2823 | Court  UNITED STATES DISTRICT COURT |
| Fax       (415) 397-8549 | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File | Plaintiff  CHANG |
| | Defendant  MCKESSION |
| 56248-2 | Case No  07-3981 MJJ |
| Attention Patricia Massender | SEALED ENVELOPE |
| Firm  SEYFARTH SHAW | |
| 560 Mission Street, 31st Floor | |
| San Francisco, California 94105 | |

RECEIVED NOV 1 6 2007

SENT NOV 2 1 2007

To Chicago Finance

Serve:  JUDGE JENKINS

| Residence Address (1) | USDC/NDC-SAN FRANCISCO | Business Address (2) |
|---|---|---|
| | 450 Golden Gate Avenue, 16th Floor | |
| | San Francisco, California 94102 | |
| | Bus Phone | |

Special Instructions    **DELIVER COURTESY COPIES BY NOON 10/31**

| Hearing Date | Time | Dept | Last Date to Serve *do-today* |
|---|---|---|---|

| Description | Age | Hgt | Race | Wt | Sex | Hair |
|---|---|---|---|---|---|---|

| Service Date | 10/31/07 | Time | 9:45 a.m. | Servers Name | Wheels Of Justice |
|---|---|---|---|---|---|

Report   Delivered to HELEN ALMACEN, Clerk  after receiving no answer from chamber's clerk.

| ITEM | CHARGES |
|---|---|
| Service | |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | 45.00 |
| **TOTAL** | **$45.00** |

Client-Matter No: 56248-002

Cost Code: E112

Approval to pay:

Attorney Check Attached

**Thank you for using WHEELS OF JUSTICE, INC.**

Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270

ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

**WHEELS OF JUSTICE, INC.**   657 Mission Street, Suite 502 San Francisco, Ca 94105
Tel: (415) 546-6000    Fax: (415) 546-6199

Invoice No. W2487595

| | | |
|---|---|---|
| Attorney | ALLISON B. MOSER (223065) | Date  November 20, 2007 |
| Tel | (415) 397-2823 | Court  UNITED STATES DISTRICT COURT |
| Fax | (415) 397-8549 | NORTHERN DISTRICT OF CALIFORNIA |

Atty File   MCKESSON CORPORATION, FORMERLY KNOWN AS MCKESSON HBOC, INC.

56248-2

Attention  Patricia

Firm   SEYFARTH SHAW
560 Mission Street, 31st Floor
San Francisco, California  94105

Plaintiff   CHRISTINE H. CHANG
Defendant  MCKESSON HBOC, etc., et al.
Case No.   07-3981 MJJ

Documents  DEFENDANT MCKESSON CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

**RECEIVED**

DEC 1 4 2007

*SEYFARTH SHAW*

Serve:  CHRISTINE H. CHANG

| Residence Address (1) | Business Address (2) |
|---|---|
| 341 Tideway Drive #214
Alameda, CA 94501 | Client-Matter No: 56248-2
Cost Code: D10
Bus Phone
Approval to pay: sky |

Special Instructions   **SERVE PLAINTIFF / RETURN PROOF**

| Hearing Date | | Time | | Dept | | Last Date to Serve  *do-today* |
|---|---|---|---|---|---|---|

| Description | Age | | Hgt | | Race | | Wt | | Sex | | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Service Date | 11/20/07 | Time | 3:00 p.m. | Servers Name | Frederick C. Gurr |
|---|---|---|---|---|---|

Report  Served by leaving true and correct copies under the door of the given address and mailing.

**SENT**

DEC 2 0 2007

To Chicago Finance

Attorney Check Attached

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| Do-Today | 35.00 |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| **TOTAL** | **$110.00** |

*Thank you for using WHEELS OF JUSTICE, INC.*
Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH



# WHEELS OF JUSTICE, INC. 657 Mission Street, Suite 502 San Francisco, Ca 94105
## Tel: (415) 546-6000    Fax: (415) 546-6199

Invoice No. W2487583

Attorney  A. MOSER

Tel    (415) 397-2823
Fax    (415) 397-8549

Atty File

56248-2
Attention  Patricia

Firm    SEYFARTH SHAW
560 Mission Street, 31st Floor
San Francisco, California  94105

Date  November 20, 2007

Court  UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff    CHANG
Defendant  MCKESSION
Case No.    07-3981 MJJ
D    SEALED ENVELOPE
o
c
u    **RECEIVED**
m
e    DEC 1 4 2007
n
t
s    SEYFARTH SHAW

Serve:  JUDGE JENKINS

---

Client-Matter No: 56248-2    Residence Address (1)

Cost Code: E112

Approval to pay: shy

USDC/NDC-SAN FRANCISCO    Business Address (2)
450 Golden Gate Avenue, 16th Floor
San Francisco, California  94102
Bus Phone

Special Instructions    **DELIVER COURTESY COPIES BY NOON**

| Hearing Date | Time | Dept | Last Date to Serve *do-today* |
|---|---|---|---|

| Description | Age | Hgt | . | Race | Wt | Sex | Hair |
|---|---|---|---|---|---|---|---|

| Service Date | 11/20/07 | Time | 10:39 a.m. | Servers Name | Wheels Of Justice |
|---|---|---|---|---|---|

Report  Delivered to GLORIA ACEVEDO, Clerk  after receiving no answer from chamber's clerk.

**SENT**

DEC 2 0 2007

To Chicago Finance

Attorney Check Attached

| ITEM | CHARGES |
|---|---|
| Service | |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | 45.00 |
| **TOTAL** | **$45.00** |





### Thank you for using WHEELS OF JUSTICE, INC.
Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

**WHEELS OF JUSTICE, INC.**  657 Mission Street, Suite 502  San Francisco, Ca 94105
Tel: (415) 546-6000    Fax: (415) 546-6199

Invoice No. W2490597

| | |
|---|---|
| Attorney  ALLISON B. MOSER, ESQ. (223065) | Date  January 22, 2008 |
| Tel       (415) 397-2823 | Court  UNITED STATES DISTRICT COURT |
| Fax       (415) 397-8549 | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File  DEFENDANTS | Plaintiff   CHRISTINE H. CHANG |
| | Defendant  MCKESSION HBOC |
| 56248–2 | Case No.  07–3981 MJJ |
| Attention  Patricia Massender | Documents  DEFENDANTS JOHN HAMMERGREN, PAUL KRINCIC, JERRY WARREN AND DONNA DRAHER'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; DEFENDANTS JOHN HAMMERGREN, PAUL KRINCIC, JERRY WARREN AND DONNA DRAHER'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; DECLARATION OF ALLISON B. MOSER; DECLARATION OF ERIK SPROTTE; REQUEST FOR JUDICIAL NOTICE; [PROPOSED] ORDER; PROOF OF SERVICE |
| Firm       SEYFARTH SHAW LLP | |
| 560 Mission Street, 31st Floor | |
| San Francisco, California  94105 | |

SENT
FEB 2 1 2008

Serve:  CHRISTINE H. CHANG        **To Chicago Finance**

| Residence Address (1) | | Business Address (2) |
|---|---|---|
| 341 Tideway Drive, #214 | 1/22 | |
| Alameda, California | | **RECEIVED** |
| | Bus Phone | FEB 1 9 2008 |
| Special Instructions | 1011 (B) | |
| | | SEYFARTH SHAW |

| Hearing Date | | Time | | Dept | | Last Date to Serve  RUSH |
|---|---|---|---|---|---|---|
| Description | Age | Hgt | | Race | Wt | Sex | Hair |

| Service Date | 1/22/08 | Time | 5:05 p.m. | Servers Name | Ronald Marcus |
|---|---|---|---|---|---|

Report  All documents were left at door.

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| Do-Today | 35.00 |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| **TOTAL** | **$110.00** |

Client-Matter No: 56248-07

Cost Code:  D10

Approval to pay:

Attorney Check Attached

*Thank you for using WHEELS OF JUSTICE, INC.*



Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270

ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

**WHEELS OF JUSTICE, INC.** 657 Mission Street, Suite 502 San Francisco, Ca 94105
Tel: (415) 546-6000   Fax: (415) 546-6199

Invoice No. W2490666

| | | | |
|---|---|---|---|
| Attorney | | Date | January 23, 2008 |
| Tel | (415) 397-2823 | Court | UNITED STATES DISTRICT COURT |
| Fax | (415) 397-8549 | | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File | | Plaintiff | CHANG |
| | | Defendant | MCKESSION |
| | 56248-2 | Case No. | 07-3981 MJJ |
| Attention | Patricia Massender | | SEALED ENVELOPE |
| Firm | SEYFARTH SHAW LLP | | |
| | 560 Mission Street, 31st Floor | | **RECEIVED** |
| | San Francisco, California  94105 | | FEB 19 2008 |

SENT
FEB 21 2008
To Chicago Finance

Documents

Serve:  JUDGE JENKINS

SEYFARTH SHAW

| Residence Address (1) | USDC/NDC-SAN FRANCISCO | Business Address (2) |
|---|---|---|
| | 450 Golden Gate Avenue, 16th Floor | |
| | San Francisco, California  94102 | |
| | Bus Phone | |

Special Instructions   **DELIVER COURTESY COPIES**

| Hearing Date | | Time | | Dept | | Last Date to Serve | *do-today* |
|---|---|---|---|---|---|---|---|
| Description | Age | Hgt | | Race | Wt | Sex | Hair |
| Service Date | 1/23/08 | Time | 10:06 a.m. | Servers Name | | **Wheels Of Justice** | |

Report   Delivered to HELEN ALMACEN, Clerk  after receiving no answer from chamber's clerk.

Client-Matter No: 56248-02

Cost Code: E112

Approval to pay: _____

| ITEM | CHARGES |
|---|---|
| Service | |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | 45.00 |
| **TOTAL** | **$45.00** |

Attorney Check Attached

*Thank you for using WHEELS OF JUSTICE, INC.*

Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270

ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH



**WHEELS OF JUSTICE, INC.**  657 Mission Street, Suite 502 San Francisco, Ca 94105
Tel: (415) 546-6000    Fax: (415) 546-6199    Invoice No. W2492115

| | | | |
|---|---|---|---|
| Attorney | ALLISON B. MOSER, ESQ. (223065) | Date | February 19, 2008 |
| Tel | (415) 397-2823 | Court | UNITED STATES DISTRICT COURT |
| Fax | (415) 397-8549 | | NORTHERN DISTRICT OF CALIFORNIA |
| Atty File | DEFENDANTS | Plaintiff Defendant Case No. | CHRISTINE H. CHANG |
| | | | MCKESSION HBOC |
| | 56248-2 | | 07-3981 MJJ |
| Attention | Patricia Massender | | SEALED ENVELOPE |
| Firm | SEYFARTH SHAW LLP | | |
| | 560 Mission Street, 31st Floor | | |
| | San Francisco, California  94105 | | |

D
o
c
u
m
e
n
t
s

Serve:  CHRISTINE H. CHANG

| Residence Address (1) | | Business Address (2) |
|---|---|---|
| 341 Tideway Drive, #214 Alameda, California | 1/22 | |
| | Bus Phone | |

| Special Instructions | *1011 (B)* |
|---|---|

| Hearing Date | Time | Dept | Last Date to Serve *do-today* |
|---|---|---|---|

| Description | Age | Hgt | Race | Wt | Sex | Hair |
|---|---|---|---|---|---|---|

| Service Date | 2/19/08 | Time | 5:02 p.m. | Servers Name | Stephen Sabol |
|---|---|---|---|---|---|

Report  Served ERIUC SUN, Son.

| ITEM | CHARGES |
|---|---|
| Service | 75.00 |
| Do-Today | 35.00 |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | |
| TOTAL | $110.00 |

Attorney  Check Attached  _____

*Thank you for using WHEELS OF JUSTICE, INC.*

e remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270
x THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

# WHEELS OF JUSTICE, INC.  657 Mission Street, Suite 502 San Francisco, Ca 94105
## Tel: (415) 546-6000    Fax: (415) 546-6199

Invoice No. W2492130

| | |
|---|---|
| Attorney | Date February 20, 2008 |
| Tel (415) 397-2823 | Court UNITED STATES DISTRICT COURT |
| Fax (415) 397-8549 | NORTHERN DISTRICT OF CALIFORNIA |

Atty File

Plaintiff CHANG
Defendant MCKESSION
Case No. 07–3981 MJJ

56248–2
Attention Patricia Massender

Firm SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105

D
o  SEALED ENVELOPE
c
u
m
e
n
t
s

---

Serve: JUDGE JENKINS

---

| Residence Address (1) | USDC/NDC-SAN FRANCISCO | Business Address (2) |
|---|---|---|
| | 450 Golden Gate Avenue, 16th Floor | |
| | San Francisco, California  94102 | |
| | Bus Phone | |

Special Instructions    **DELIVER COURTESY COPIES**

| Hearing Date | Time | Dept | Last Date to Serve *do-today* |
|---|---|---|---|

| Description | Age | Hgt | Race | Wt | Sex | Hair |
|---|---|---|---|---|---|---|

| Service Date 2/20/08 | Time 10:50 a.m. | Servers Name Wheels Of Justice |
|---|---|---|

Report Delivered to MARY ANN BUCKLEY, Clerk after receiving no answer
from chamber's clerk.

| ITEM | CHARGES |
|---|---|
| Service | |
| Time | |
| Mileage | |
| Fees Adv. | |
| Check Charge | |
| Copywork | |
| Court Service | 45.00 |
| **TOTAL** | **$45.00** |

Attorney Check Attached

---

## Thank you for using WHEELS OF JUSTICE, INC.
Please remit payment with copy of this invoice - Net due upon receipt - IRS #94-3403270

 ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% or $5.00 MINIMUM PER MONTH

# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 31-JUL-07 |

BILLING PERIOD 01-JUL-07 - 31-JUL-07

| | ACCOUNT NUMBER |
|---|---|

INVOICE TO:
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CONTRACT USE | | NET AMOUNT | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | | OVER THE CAP | OUTSIDE CONTRACT | | | |

$64.19

CLIENT

5624B-000002 MCK

# LexisNexis®

SUB ACCOUNT
SEYFARTH SHAW LLP
560 MISSION ST
31ST FLOOR
SAN FRANCISCO, CA 94105

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 31-JUL-07 |

BILLING PERIOD 01-JUL-07 - 31-JUL-07

INVOICE TO:
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
SUB-ACCOUNT DETAIL BY USER NAME / CLIENT/DATE / SERVICE / TYPE OF CHARGE
SUB-ACCOUNT NUMBER: 100SCA

ACCOUNT NUMBER

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | CONTRACT USE GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | TRANSACTIONAL OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 56248-00002 MCKESSON | | | | | | | | | |
| 7/25 LEXIS LEGAL SERVICES | | | | | | | | | |
| ONLINE TIME | | | | | | | | | $0.00 |
| SEARCHES | | | | | | | | | $17.01 |
| DOCUMENT PRINTING | | | | | | | | | $8.71 |
| 7/31 LEXIS LEGAL SERVICES | | | | | | | | | |
| ONLINE TIME | | | | | | | | | $0.00 |
| SEARCHES | | | | | | | | | $16.74 |
| DOCUMENT PRINTING | | | | | | | | | $7.26 |
| CLIENT TOTAL: 56248-000002 MCKESSON | | | | | | | | | $49.72 |
| USER TOTAL: MOSER, ALLISON | | | | | | | | | |

41

® **LexisNexis**®

*SUB-ACCOUNT*
SEYFARTH SHAW LLP
560 MISSION ST
31ST FLOOR
SAN FRANCISCO, CA 94105

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 31-JUL-07 |

BILLING PERIOD 01-JUL-07 - 31-JUL-07

ACCOUNT NUMBER

*INVOICE TO:*
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### SUB-ACCOUNT DETAIL BY USER NAME / CLIENT / DATE / SERVICE / TYPE OF CHARGE
### SUB-ACCOUNT NUMBER: 115JCR

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| **55248-000002 MCKESSON** | | | | | | | | | |
| 7/30 LEXIS LEGAL SERVICES | | | | | | | | | |
| COMPUTER CONECTN TIME | | | | | | | | | $0.42 |
| TIER 4 | | | | | | | | | $0.00 |
| TIER 6 | | | | | | | | | $0.00 |
| TIER 9 | | | | | | | | | $6.81 |
| OFFLINE PRINT | | | | | | | | | $0.00 |
| DOCUMENT PRINTING | | | | | | | | | $1.46 |
| 7/30 NEXIS SERVICE | | | | | | | | | |
| COMPUTER CONECTN TIME | 1 | | | | | | | | $0.86 |
| TIER 4 | | | | | | | | | $0.00 |
| OFFLINE PRINT | | | | | | | | | $0.00 |
| SINGLE DOCUMENT RETRIEVAL | | | | | | | | | $2.02 |
| DOCUMENT PRINTING | | | | | | | | | $2.90 |
| **CLIENT TOTAL: 55248-000002 MCKESSON** | | | | | | | | | **$14.47** |

435

# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 31-AUG-07 |

BILLING PERIOD 01-AUG-07 - 31-AUG-07

| | ACCOUNT NUMBER |
|---|---|
| | |

INVOICE TO
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | TRANSACTIONAL USE | | | |
|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |

$7.74

CLIENT

56248-000002 MCK



# LexisNexis®

SUB-ACCOUNT:
SEYFARTH SHAW LLP
560 MISSION ST
31ST FLOOR
SAN FRANCISCO, CA 94105

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 31-AUG-07 |

BILLING PERIOD 01-AUG-07 - 31-AUG-07

INVOICE TO:
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

ACCOUNT NUMBER

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
SUB-ACCOUNT DETAIL BY USER NAME / CLIENT /DATE / SERVICE / TYPE OF CHARGE
SUB-ACCOUNT NUMBER: 115JCR

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 56248-000202 MCKESSON | | | | | | | | | |
| 8/30 LEXIS LEGAL SERVICES | | | | | | | | | |
| COMPUTER CONECTN TIME | | | | | | | | | $0.35 |
| TIER 4 | | | | | | | | | $0.00 |
| TIER 9 | | | | | | | | | $0.00 |
| OFFLINE PRINT | | | | | | | | | $0.00 |
| SINGLE DOCUMENT RETRIEVAL | | | | | | | | | $3.04 |
| DOCUMENT PRINTING | | | | | | | | | $4.35 |
| CLIENT TOTAL: 56248-000002 MCKESSON | | | | | | | | | $7.74 |

451

LexisNexis®

CLIENT

56248-000002 MCK

| ACCOUNT NUMBER |
|---|
|  |

| INVOICE NO: | INVOICE DATE |
|---|---|
|  | 30-SEP-07 |

BILLING PERIOD 01-SEP-07 - 30-SEP-07

INVOICE TO:
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

|  | CONTRACT USE | | TRANSACTIONAL USE | | | |
|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |

$18.15

23

# LexisNexis®

SUB-ACCOUNT:
SEYFARTH SHAW LLP
560 MISSION ST
31ST FLOOR
SAN FRANCISCO, CA 94105

| | INVOICE NO: | INVOICE DATE |
|---|---|---|
| | | 30-SEP-07 |

BILLING PERIOD 01-SEP-07 - 30-SEP-07

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### SUB-ACCOUNT DETAIL BY USER NAME / CLIENT/DATE / SERVICE / TYPE OF CHARGE
### SUB-ACCOUNT NUMBER: 115JCR

INVOICE TO:
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

| ACCOUNT NUMBER |
|---|
| |

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 58248-00002 MCKESSON | | | | | | | | | |
| 9/17 LEXIS LEGAL SERVICES | | | | | | | | | |
| COMPUTER CONECTN TIME | | | | | | | | | 11.83 |
| TIER 4 | | | | | | | | | $0.00 |
| TIER 9 | | | | | | | | | 10.22 |
| OFFLINE PRINT | | | | | | | | | 10.00 |
| SINGLE DOCUMENT RETRIEVAL | | | | | | | | | .8.50 |
| DOCUMENT PRINTING | | | | | | | | | 16.09 |
| 9/17 SHEPARD'S SERVICE | | | | | | | | | |
| COMPUTER CONECTN TIME | | | | | | | | | 10.14 |
| TIER 4 | | | | | | | | | $0.00 |
| LEGAL CITATION SERVICES | | | | | | | | | 11.37 |
| CLIENT TOTAL: 58248-00002 MCKESSON | | | | | | | | | $18.15 |
| USER TOTAL: MOSER, ALLISON | | | | | | | | | |

385

# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 31-OCT-07 |

BILLING PERIOD 01-OCT-07 - 31-OCT-07

ACCOUNT NUMBER

INVOICE TO
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |

$1.18

56246-000002 MCK

28

# LexisNexis®

SUB ACCOUNT:
SEYFARTH SHAW LLP
560 MISSION ST
31ST FLOOR
SAN FRANCISCO, CA 94105

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 31-OCT-07 |

BILLING PERIOD 01-OCT-07 - 31-OCT-07

ACCOUNT NUMBER

INVOICE TO:
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### SUB-ACCOUNT DETAIL BY USER NAME / CLIENT /DATE / SERVICE / TYPE OF CHARGE
### SUB-ACCOUNT NUMBER: 115JCR

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TRANSACTIONAL | | | | |
| MASSENDER, PATRICIA.- C | | | | | | | | | |
| 10/20 LEXIS LEGAL SERVICES | | | | | | | | | |
| COMPUTER CONECTN TIME | | | | | | | | | $0.09 |
| TIER 4 | | | | | | | | | $0.00 |
| TIER 9 | | | | | | | | | $0.00 |
| SINGLE DOCUMENT RETRIEVAL | | | | | | | | | $1.09 |
| CLIENT TOTAL: 56240-000002 MCK | | | | | | | | | $1.18 |
| USER TOTAL: MASSENDER, PATRICIA.- | | | | | | | | | $1.18 |

# LexisNexis®

| ACCOUNT NUMBER |
|---|
|  |

| INVOICE NO: | INVOICE DATE |
|---|---|
|  | 30-NOV-07 |

BILLING PERIOD 01-NOV-07 - 30-NOV-07

*INVOICE TO*
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|
|  | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| 56248-000002 MCK | | | | | | | | $30.71 |

25

# LexisNexis®

SUB ACCOUNT
SEYFARTH SHAW LLP
560 MISSION ST
31ST FLOOR
SAN FRANCISCO, CA 94105

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 30-NOV-07 |

| ACCOUNT NUMBER |
|---|
| |

BILLING PERIOD 01-NOV-07 - 30-NOV-07

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
SUB-ACCOUNT DETAIL BY USER NAME / CLIENT /DATE / SERVICE / TYPE OF CHARGE
SUB-ACCOUNT NUMBER: 100SCA

INVOICE TO:
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 56248-000002 MCKESSON | | | | | | | | | |
| 11/14 LEXIS LEGAL SERVICES | | | | | | | | | |
|  ONLINE TIME | | | | | | | | | $0.00 |
|  SINGLE DOCUMENT RETRIEVAL | | | | | | | | | $11.09 |
|  DOCUMENT PRINTING | | | | | | | | | $17.48 |
| 11/14 SHEPARD'S SERVICE | | | | | | | | | |
|  ONLINE TIME | | | | | | | | | $0.00 |
|  LEGAL CITATION SERVICES | | | | | | | | | $2.14 |
| CLIENT TOTAL: 56248-000002 MCKESSON | | | | | | | | | $30.71 |

48

# LexisNexis®

| ACCOUNT NUMBER |
|---|
| |

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 31-JAN-08 |

BILLING PERIOD 01-JAN-08 - 31-JAN-08

*INVOICE TO:*
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| 56248-000002 MCK | | | | | | | | $1.39 |

17

LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| | 29-FEB-08 |

BILLING PERIOD 01-FEB-08 - 29-FEB-08

| ACCOUNT NUMBER |
|---|
| |

INVOICE TO:
SEYFARTH SHAW LLP
CHICAGO IL 60603-5577

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |

$44.09

CLIENT

26

56248-000002 MCK

1

**PROOF OF SERVICE**

2    STATE OF CALIFORNIA                )
                                        )  ss
3    COUNTY OF SAN FRANCISCO            )

4          I am a resident of the State of California, over the age of eighteen years, and not a party
     to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100,
5    San Francisco, California 94105. On March 14, 2008, I served the within documents:

6          DEFENDANT'S BILL OF COSTS

7          ☐    I sent such document from facsimile machine (415) 397-8549 on August 2, 2007. I
                certify that said transmission was completed and that all pages were received and that
8               a report was generated by facsimile machine (415) 397-8549 which confirms said
                transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this
9               action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the
                parties listed below.
10

11         ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
                fully prepaid, in the United States mail at San Francisco, California addressed as set
                forth below.
12

13         ☐    by personally delivering the document(s) listed above to the person(s) at the
                address(es) set forth below.
14

15         ☐    by placing the document(s) listed above, together with an unsigned copy of this
                declaration, in a sealed Federal Express envelope with postage paid on account and
16              deposited with Federal Express at San Francisco, California, addressed as set forth
                below.

17         ☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses
                set forth below.
18

19         CHRISTINE H. CHANG, Pro Se
           341 Tideway Dr., #214
20         Alameda, CA 94501

21         I am readily familiar with the firm's practice of collection and processing correspondence
     for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
22   day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
     motion of the party served, service is presumed invalid if postal cancellation date or postage
23   meter date is more than on day after the date of deposit for mailing in affidavit.

24         I declare that I am employed in the office of a member of the bar of this court whose
     direction the service was made.

25         Executed on March 14, 2008, at San Francisco, California.

26                                              _Patricia K. Massender_

27                                              _____
                                                Patricia K. Massender

28